FORM VAN−AD010

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re: | Case No.: 2:09−bk−06269−RJH

MARK NOSHIR HANSOTIA | Chapter: 7
*Debtor(s)*

---

AZPX, LLC | Adversary No.: 2:09−ap−00736−RJH
*Plaintiff(s)*

v.

MARK NOSHIR HANSOTIA
*Defendant(s)*

## ORDER DISMISSING OR REMANDING ADVERSARY

☐ The plaintiff filing the complaint, or party filing a Notice of Removal, having failed to pay the filing fee as required by order of the court.

☐ The parties having failed to timely file a motion to retain jurisdiction or a request for status hearing as required by order of the court.

☐ The plaintiff having failed to show good cause why service was not timely perfected as required by order of the court.

☐ After notice and hearing, the court finds that this adversary proceeding should be dismissed for failure to prosecute.

☐ The plaintiff having failed to timely file a motion to reopen the closed case or a motion to reinstate the dismissed case.

☐ The court having dismissed this matter at a hearing and there being no formal written order.

☑ The plaintiff having filed a motion to dismiss the adversary case.

IT IS ORDERED that the above−captioned adversary proceeding is dismissed. If this adversary proceeding was commenced by the filing of a Notice of Removal, the proceeding is remanded.

NOTICE IS ALSO GIVEN that the order was entered on the docket this date.

**Date:** September 16, 2009 | BY THE COURT

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101
Phoenix, AZ 85003−1727
Telephone number: (602) 682−4000
www.azb.uscourts.gov

HONORABLE Randolph J. Haines
United States Bankruptcy Judge